IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT PATTON, JR., # 143741,        )
                                     )
          Plaintiff,                 )
                                     )
v.                                   )      CIV. ACT. NO.  2:11cv1070-TMH
                                     )               (WO)
GARY HETZEL, *et al.*,               )
                                     )
          Defendants.                )

**OPINION and ORDER**

On January 25, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 4).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED with prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii).

Done this the 27th  day of February,  2012.

                              /s/ Truman M. Hobbs

                              TRUMAN M. HOBBS
                              SENIOR UNITED STATES DISTRICT JUDGE